**DISMISS and Opinion Filed April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01498-CV

**CARL T. BRANDT AND VICKIE S. BRANDT, Appellants**
**V.**
**C & S RESOURCES, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06584**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants have

informed the Court that they no longer wish to pursue the appeal. Accordingly, we grant

appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141498F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARL T. BRANDT AND
VICKIE S. BRANDT, Appellants

No. 05-14-01498-CV          V.

C & S RESOURCES, INC., Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-06584.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered April 14, 2015.